972

No. 382, Misc. BARUCHAS *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 396, Misc. MAHAR *v.* LAINSON, WARDEN. Supreme Court of Iowa. Certiorari denied.

No. 399, Misc. BUSH *v.* DELMORE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 407, Misc. RICE *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 408, Misc. PECK *v.* RAGEN, WARDEN, ET AL. Supreme Court of Illinois. Certiorari denied.

No. 411, Misc. CUOMO *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 412, Misc. KEMMERER *v.* SHEPHERD, SOLICITOR GENERAL, ET AL. C. A. 6th Cir. Certiorari denied.

No. 414, Misc. BERGERON *v.* SIGLER, WARDEN. Supreme Court of Louisiana. Certiorari denied.

No. 416, Misc. FRISCO *v.* ALVIS, WARDEN. District Court of Appeals of Ohio, Second District, Franklin County. Certiorari denied.

No. 417, Misc. FLEMING ET AL. *v.* MANNING, SUPERINTENDENT, SOUTH CAROLINA PENITENTIARY. Supreme Court of South Carolina. Certiorari denied.